**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC, ) | C.A. NO. 1:18-cv-01126-LY |
| ) | |
| Plaintiff, ) | Jury Trial Demanded |
| v. ) | |
| ) | |
| ROKU, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Uniloc 2017 LLC

hereby gives notice of dismissal without prejudice of its claims againt Defendant Roku, Inc.

February 14, 2019

/s/ James L. Etheridge
James L. Etheridge
Texas State Bar No. 240591
Ryan S. Loveless
Texas State Bar No. 240369
**ETHERIDGE LAW GROUP. PLLC**
2600 E. Southlake Blvd., Suite 120/ 134
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@etheridgeLaw.com
Ryan@EtheridgeLaw.com

M. Elizabeth Day (admitted pro hac vice)
eday@feinday.com
David Alberti (admitted pro hac vice)
dalberti@feinday.com
Sal Lim (admitted pro hac vice)
slim@feinday.com
Marc Belloli (admitted pro hac vice)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM &
BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA. 94025
Phone: 650 618-4360
Fax: 650 618-4368

Attorneys for Plaintiff Uniloc 2017 LLC